# EXHIBIT C

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy  
Building C, Suite 300  
Austin, Texas 78746  
Main:  512.647.6100  
Fax:  512.647.6129  
www.rctlegal.com  

Tax ID No. 27-1333576

**Bill To:**

Mr. Yann Geron, Chapter 7 Trustee  
    of Thelen LP  
Fox Rothschild LLP  
100 Park Avenue, 15th Floor  
New York, NY  10017

| | |
|---|---|
| **Invoice Date:** | 9/30/2013 |
| **Invoice No.:** | 1068 |
| **Billing through** | 08/31/2013 |
| **Our File #** | 1156.003 |

Re:  Yann Geron, Ch 7 Trustee/  
      Thelen matter

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | REIMBURSABLE COSTS: | | | |
| 6/21/2013 | LHB | FedEx (Inv No. 2-311-08631; FedEx delivery on 06.14.2013) | | 17.06 | 17.06 |
| 7/11/2013 | LHB | FedEx (Inv No. 2-326-16875; FedEx delivery on 06.25.2013) | | 17.06 | 17.06 |
| 7/11/2013 | LHB | FedEx (Inv No. 2-326-16875; FedEx delivery on 06.25.2013) | | 17.06 | 17.06 |
| 7/11/2013 | LHB | FedEx (Inv No. 2-326-16875; FedEx delivery on 06.27.2013) | | 17.06 | 17.06 |
| 7/11/2013 | LHB | FedEx (Inv No. 2-332-97925; FedEx delivery on 07.03.2013) | | 32.63 | 32.63 |
| 7/11/2013 | GEN | ThomsonWest (Inv No. 827556112; Research for June 1 - June 30, 2013) | | 3.13 | 3.13 |
| 7/18/2013 | LHB | FedEx (Inv No. 2-340-37875; FedEx delivery on 07.12.2013) | | 29.66 | 29.66 |
| 7/31/2013 | GEN | ATConf (Inv No. 584158-0713; Conference calls for July 2013) | | 5.70 | 5.70 |
| 7/31/2013 | GEN | ATConf (Inv No. 574163-0613; Conference calls for June 2013) | | 11.60 | 11.60 |
| 8/20/2013 | LHB | FedEx (Inv No. 2-369-85046; FedEx delivery on 08.09.2013) | | 29.79 | 29.79 |
| 8/23/2013 | GEN | Postage (July 1 - July 31, 2013) | | 0.92 | 0.92 |
| 8/23/2013 | GEN | Copies: AUS and NYC Ofc (June 1 - June 30, 2013) | | 62.80 | 62.80 |
| 8/23/2013 | GEN | Copies: AUS and NYC Ofc (July 1 - July 31, 2013) | | 78.20 | 78.20 |
| 8/30/2013 | GEN | ThomsonWest (Inv No. 827556112; Research for July 1 - July 31, 2013) | | 67.66 | 67.66 |
| 8/31/2013 | LHB | FedEx (Inv No. 2-384-75957; FedEx delivery on 08.22.2013) | | 49.95 | 49.95 |
| | | TOTAL REIMBURSABLE COSTS: | | | 440.28 |

**Total** $440.28