# EXHIBIT C

12:31 PM 07/07/14  
Accrual Basis  

09-15631-mew    Doc 684-3    Filed 07/22/14    Entered 07/22/14 13:59:58    Exhibit C -  
**REID COLLINS | TSAI LLP**  
**1156.003 Yann Geron v. Thelen Matter (Unbilled Expenses)**  
Invoice Matter 2  
All Transactions  

**EXHIBIT C**

| Type | Date | Memo | Account | Amount |
|---|---|---|---|---|
| **1156 - Yann Geron, Ch 7 Trustee** | | | | |
| **003 - Thelen LP** | | | | |
| General Journal | 05/05/2014 | Copies: AUS Ofc (Apr 1 - Apr 30, 2014) | Copy Services | 195.75 |
| General Journal | 05/05/2014 | Copies: AUS Ofc (Mar 1 - Mar 31, 2014) | Copy Services | 3,316.50 |
| General Journal | 05/05/2014 | Copies: NYC Ofc (Mar 1 - Mar 31, 2014) | Copy Services | 64.65 |
| Bill | 05/31/2014 | eScribers (Inv No. 42836; Hearing transcript in re Thelen on 04.29.2014) | Court Reporter Fees | 344.25 |
| Bill | 03/25/2014 | HLPIntegration (Inv No. 6439; March hosting fees; additional data usage for Feb 2014 | E-Document Retrieval/Storage | 490.83 |
| Bill | 03/31/2014 | HLPIntegration (Inv No. 5884; December hosting fees and data processing; additio | E-Document Retrieval/Storage | 2,449.65 |
| Bill | 03/31/2014 | HLPIntegration (Inv No. 5677; November hosting fees; additional data usage for O | E-Document Retrieval/Storage | 339.41 |
| Bill | 04/10/2014 | HLPIntegration (Inv No. 6588; Apr 2014 hosting fees; additional data usage for Ma | E-Document Retrieval/Storage | 487.71 |
| Bill | 05/07/2014 | HLPIntegration (Inv No. 6703; May 2014 hosting and user fees) | E-Document Retrieval/Storage | 487.59 |
| Bill | 03/18/2014 | FedEx (Inv No. 2-587-75824; FedEx delivery on 03.10.2014) | Postage and Courier Services | 37.98 |
| Bill | 04/03/2014 | FedEx (Inv No. 2-610-33437; FedEx delivery on 03.25.2014) | Postage and Courier Services | 28.78 |
| General Journal | 04/30/2014 | Postage (Mar 1 - Apr 30, 2014) | Postage and Courier Services | 976.59 |
| Bill | 04/29/2014 | FedEx (Inv No. 2-632-96717; FedEx delivery on 04.16.2014) | Postage and Courier Services | 46.64 |
| Bill | 05/07/2014 | FedEx (Inv No. 2-640-00051; FedEx delivery on 04.25.2014) | Postage and Courier Services | 34.14 |
| Bill | 05/07/2014 | FedEx (Inv No. 2-640-00051; FedEx delivery on 04.25.2014) | Postage and Courier Services | 34.14 |
| General Journal | 05/31/2014 | Postage (May 1 - May 31, 2014) | Postage and Courier Services | 2.35 |
| Bill | 03/26/2014 | ThomsonWest (Inv No. 829043033-0228; Research for Feb 1 - Feb 28, 2014) | Research Costs | 288.87 |
| Bill | 04/30/2014 | PACER (RD2689-Q1-2014; PACER searches for Jan 1, 2014 - Mar 31, 2014) | Research Costs | 294.80 |
| Bill | 05/05/2014 | ThomsonWest (Inv No. 829043033-0228; Research for Apr 1 - Apr 30, 2014) | Research Costs | 468.01 |
| Bill | 05/31/2014 | ThomsonWest (Inv No. 829700768-0531; Research for May 1 - May 31, 2014) | Research Costs | 468.01 |
| Bill | 04/29/2014 | LKing (Subway fare to USBC/SDNY to deliver courtesy copies of documents for he | Transportation | 2.50 |
| Bill | 05/05/2014 | AMBahr (Two r/t subway fares for AMBahr and AJSomers on 04.29.2014) | Transportation | 10.00 |
| Bill | 05/05/2014 | AMBahr (Cab fare from ofc to home on 04.17.2014) | Transportation | 16.50 |
| Bill | 05/05/2014 | AMBahr (Cab fare from ofc to home on 04.29.2014) | Transportation | 15.00 |
| Bill | 05/21/2014 | ELKing (One way subway fare to USBC/SDNY to file courtesy copies of documents | Transportation | 2.50 |
| **Total 003 - Thelen LP** | | | | **10,903.15** |
| **Total 1156 - Yann Geron, Ch 7 Trustee** | | | | **10,903.15** |
| **TOTAL** | | | | **10,903.15** |