# EXHIBIT C

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy  
Building C, Suite 300  
Austin, Texas 78746  
Main:  512.647.6100  
Fax:  512.647.6129  
www.rctlegal.com

Tax ID No. 27-1333576

**Bill To:**

Mr. Yann Geron, Chapter 7 Trustee  
 of Thelen LP  
Fox Rothschild LLP  
100 Park Avenue, 15th Floor  
New York, NY  10017

| | |
|---|---|
| **Invoice Date:** | 9/22/2014 |
| **Invoice No.:** | 1495 |
| **Billing through** | 08/31/2014 |
| **Our File #** | 1156.003 |

Re:  Yann Geron, Ch 7 Trustee/  
     Thelen matter

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | REIMBURSABLE COSTS: | | | |
| 6/12/2014 | JEG | HLPIntegration (Inv No. 6941; June 2014 hosting and user fees) | | 487.59 | 487.59 |
| 6/25/2014 | GEN | Copies: AUS Ofc (May 1 - May 31, 2014) | | 168.00 | 168.00 |
| 6/30/2014 | JEG | HLPIntegration (Inv No. 7098; July 2014 hosting and user fees) | | 487.56 | 487.56 |
| 6/30/2014 | GEN | Copies: AUS Ofc (June 1 - June 30, 2014) | | 7.75 | 7.75 |
| 7/14/2014 | YJ | ThomsonWest (Inv No. 829892815-0630; Research for June 1 - June 30, 2014) | | 468.01 | 468.01 |
| 7/15/2014 | JEG | HLPIntegration (Inv No. 6246; Feb hosting fees; additional data usage for Jan 2014 and two Feb hosting user fees) | | 485.53 | 485.53 |
| 7/31/2014 | GEN | Postage (July 1 - July 31, 2014) | | 62.08 | 62.08 |
| 7/31/2014 | GEN | Copies: AUS Ofc (July 1 - July 31, 2014) | | 7.10 | 7.10 |
| 8/27/2014 | JEG | HLPIntegration (Inv No. 7243; Aug hosting fees; additional data usage for Aug 2014 and two Aug hosting user fees) | | 487.56 | 487.56 |
| 8/31/2014 | AJS | Copies: AUS and NYC Ofc (Aug 1 - Aug 31, 2014) | | 315.50 | 315.50 |
| | | TOTAL REIMBURSABLE COSTS: | | | 2,976.68 |

| | |
|---|---|
| **Total** | **$2,976.68** |